IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

       Plaintiff,

  v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State, Office of Passports,

       Defendants.

**DEFENDANTS' MOTION FOR CLARIFICATION RE: TIME
TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

       Defendants, by and through undersigned counsel, hereby move pursuant to Rule 7 of the Federal Rules of Civil Procedure for clarification as to the time they are to answer or otherwise respond to the Complaint in this matter.

       The reason for this motion is that the Court's Docket Sheet suggests that defendants have been served with a variety of different summonses, each with different response dates. At the present time, defendants are only aware of being served with one summons, on June 9, 2005, and that summons had a 60-day response deadline. Defendants' answer would therefore be due on August 8, 2005. No defendant is aware of

being served with any other summons, or with a summons with anything other than a 60-day response date.

Nevertheless, to promote certainty as to the date the defendants are required to respond in this matter, defendants seek an Order providing that defendants may answer or otherwise respond to the Complaint no later than Friday, July 29, 2005.[1]

Due to plaintiff's incarceration defendants are unable to contact him regarding this motion.

WHEREFORE, defendants respectfully request clarification as to the deadline by which they are to answer or otherwise respond to the Complaint in this matter.

DATED: July 11, 2005.

        Respectfully submitted,

        WILLIAM J. LEONE
        Acting United States Attorney

        s/ Michael C. Johnson
        Michael C. Johnson
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0134
        FAX: (303) 454-0408
        E-mail: michael.johnson2@usdoj.gov
        Counsel for Defendant

---

[1] This date is, of course, sooner than August 8, 2005.

### CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of July, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on this 11th day of July, 2005, I placed the foregoing document in the U.S. Mail, postage paid, to the following non CM/ECF participants at the following addresses:

Zarissa Azriel Liriel Qz'Etax
#113868
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado  80751

s/ Michael C. Johnson
Michael C. Johnson
Attorney for Defendant
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado  80202
Telephone:  (303) 454-0134
FAX: (303) 454-0408
E-mail:  michael.johnson2@usdoj.gov
