IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

    Plaintiff,

  v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State,
Office of Passports,

    Defendants.

## ORDER

Defendant's motion for clarification as to the date by which they are to answer or otherwise respond to plaintiff's Complaint be, and it hereby is, GRANTED. Defendants are to answer or otherwise respond to the Complaint by no later than Friday, July 29, 2005.

Dated: July _____, 2005

                                              UNITED STATES MAGISTRATE JUDGE