IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State, Office of Passports,

Defendants.
_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

This matter is before the Court on the **Defendants' Motion for Clarification re: Time to Answer or Otherwise Respond to Complaint** (docket entry no. 13, the "Motion"), filed on July 11, 2005. This Court will interpret this as a request to answer or otherwise respond to the complaint.

IT IS ORDERED that the Motion is GRANTED and defendants shall answer or respond to the plaintiff's Complaint on or before **July 29, 2005**.

DATED: July 15, 2005.