To: USDC - Clerk

From: Zarissa Qz'Etax F/K/A S. Dorn Doc# 113868
Po Box: 6000
Sterling, Co 80751

Filed
RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
JUL 21 2005
GREGORY C. LANGHAM
CLERK

June 30th, 2005

Clerk,

As the Plaintiff in Qz'Etax v. US Dept. of State, et. al., case no. 05-cv-919-PSF-BNB, I am requesting a copy of the Docking report, a copy of the Waiver of Service, and since I am pro se, and do not have ready access to the current D.C. local rules, a photocopy of such rules of the court.

Sincerely,
Zarissa Qz'Etax

7.9.05, You accidently filed this with the Notice of Appeal for action = 04-CV-0374-WYD-CBS. Please file with action = 05-CV-0919-PSF-BNB
Thank you
Zarissa