United States District Court
District of Colorado

Civil Action no. 05-CV-919-PSF-BNB

Zarissa-Azriel Liriel Qz'Etax, f/k/a S.L. Dorn,
                                            Plaintiff.

v.

United States Department of State, et.al
                                            Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 21 2005

GREGORY C. LANGHAM
CLERK

---

Motion for an Order of Default Pursuant
to F.R.C.P. rule 55 and an Order of
Judgement Requiring Relief

---

Comes now, Plaintiff, on and of her own behalf, hereby requesting that this court issue an order of default pursuant to F.R.C.P. rule 55(e), and an order of Judgement requiring such relief as 5 USC § 552 (4)(B) et. seq. provides for, and such relief as requested within the complaint.

And as grounds, Plaintiff avers the following,

1. On May 11th, 2005, Plaintiff filed a complaint pursuant to 5 USC § 552 and 5 USC § 701 et. seq. along with a Motion

1

to proceed informa pauperis pursuant to 28 USC § 1915, on May 19th, 2005 the Court ordered the commencement of a civil action and granted the motion to proceed informa pauperis.

2. On May 27th, 2005 the action was assigned to Judge Figa, and on May 31st, 2005 the action was referenced to Magistrate Judge Boland by an Order of Reference.

3. On June 9th, 2005, an Order Granting Service By United States Marshal was entered, and the Defendants were severed with a waiver pursuant to F.R.C.P. rule 4(d), by Certified U.S. mail, which would have been recieved by June 15th, 2005, and a waiver was hand-delivered to the United States Attorny for the Dist. of Colorado.

4. Pursuant to 5 USC § 552(4)(C), the Defendants had up to 30 days to "serve an answer or otherwise plead to any complaint made under this subsection..."

5. Being as the Defendants have failed to serve an answer to the Complaint by July 18th, 2005, such an order of default should be entered by this Court, as the complaint alledges capricious actions or inactions directly violative of 5 USC § 552(6)(A)(i), by taking the position to willfully refuse to respond within 20 days to the Plaintiffs 2 lawful requests pursuant to 5 USC § 552, et.seq.

WHEREFORE, Plaintiff requests that this Court issue an order of default, and enter an order of Judgement mandating such relief as is requested in the Complaint. Also, issue an order pursuant to 5 USC § 552(4)(E) and 28 USC § 1920 and F.R.C.P. rule 54(d)(1), for

2

the amount of $675.00 and $51.74 for the costs of paralegal research fees and photocopy and postage costs respectively for a total amount expended of $728.74 within this action to date.

Dated: July 19th, 2005

Zarissa-Azriel Liriel Qz'Etex
#113868  PO Box: 6000
Sterling, Co 80751-0600


- Certificate of Services -

I did provide true and correct copies of the above motion on the 20th day of July, 2005 to the following:

United States District Court District of Colorado
U.S. Attorney General, Washington, D.C.
U.S. Attorney, District of Colorado
Zarissa-Azriel Liriel Qz'Etex, Sterling, Co.