IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State, Office of Passports,

Defendants.

_____

### RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE
_____

This matter is before me on the plaintiff's **Motion for an Order of Default Pursuant to F.R.C.P. Rule 55 and on Order of Judgement Requiring Relief** (the "Motion"), filed July 21, 2005. The plaintiff seeks "an order of default" and "an order of judgement" on the basis that the defendants have failed to timely respond to the Complaint. However, I have granted the defendants to and including July 29, 2005, to answer or otherwise respond to the Complaint. *Minute Order dated July 15, 2005*. Accordingly, I respectfully

RECOMMEND that the Motion be DENIED.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); Thomas

v. Arn, 474 U.S. 140, 147-48 (1985), and also waives appellate review of both factual and legal questions. In re Key Energy Resources Inc., 230 F.3d 1197, 1199-1200 (10th Cir. 2000). A party's objections to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. United States v. One Parcel of Real Property, 73 F.3d 1057, 1060 (10th Cir. 1996).

Dated July 25, 2005.

BY THE COURT:

/s/ Boyd N. Boland
United States Magistrate Judge