**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

       Plaintiff,

  v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State, Office of Passports,

       Defendants.

---

### DEFENDANTS' MOTION TO DISMISS

---

      Defendants, by and through undersigned counsel, hereby move pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss this Freedom of Information Act ("FOIA") matter for lack of subject matter jurisdiction. Alternatively, defendants move to dismiss pursuant to Fed. R. Civ. P. 12(b)(6), for failure to state a claim upon which relief can be granted. Plaintiff did not submit a request for records under the FOIA to the United States Department of State as a whole, or to the United States Department of State, Office of Passports. Because plaintiff failed to exhaust his administrative remedies, this Court lacks jurisdiction and the matter should be dismissed.

**FACTUAL BACKGROUND**

Plaintiff Zarissa Azriel Liriel Qz'etax, a.k.a. S.L. Dorn, has filed a Complaint in this Court, alleging jurisdiction under the FOIA, 5 U.S.C. § 552; the Administrative Procedure Act, 5 U.S.C. § 701, et seq., and the federal question statute, 28 U.S.C. § 1331. *See* Complaint at 3.[1] He alleges in his Complaint that he submitted "letters" via U.S. first class mail to the U.S. Department of State, Office of Passports, "requesting that the Office of Passports make available to the Plaintiff specific information and documents regarding agency procedures on an application." Complaint at 3. According to plaintiff, his requests were made "on or about December 2004 and again in February 2005." *Id*. at 4. He asserts that "[d]efendants have twice refused and or failed to respond to the Plaintiff's information requests, thus in violation of the Freedom of Information Act." *Id*. at 3. Plaintiff admits, however, that he does not have copies of the letters in which he made the requests for records to the State Department. *Id*. His Complaint contains one cause of action, for violation of the FOIA. *Id*. at 4.

The U.S. Department of State has made extensive efforts to locate any FOIA request from plaintiff, and to process any FOIA request from him that it could find. *See* Exhibit A-1 (Declaration of Margaret P. Grafeld), at ¶¶ 3-6. The Department of State

---

[1] Plaintiff mistakenly refers to the federal question statute as "42" U.S.C. § 1331. *See* Complaint at 3.

searched in their database, using both names employed by plaintiff as search terms, to locate any requests from plaintiff. *Id*. at ¶ 6, p.4. The Department of State's efforts included a search in the Office of Passport Services for any requests made in approximately December 2004 and February 2005, under either of plaintiff's names. *Id*. at ¶ 6, p.3.[2] The Department of State has not located any record indicating that it has ever received a FOIA request from plaintiff. *Id*. at ¶ 3.

## DISCUSSION

The FOIA requires that a written request be submitted to initiate a search for documents. Pursuant to 5 U.S.C. § 552(a)(3)(A), "each agency, upon any request for records which (1) reasonably describes such records and (ii) is made in accordance with published rules . . . shall make the records promptly available to any person." Plaintiff has failed to comply with this requirement. *See* Exhibit A-1 at ¶¶ 3-6. He has thus failed to exhaust his administrative remedies.

"[E]xhaustion of administrative remedies is a mandatory prerequisite to a lawsuit under FOIA." *Wilbur v. CIA*, 355 F.3d 675, 676 (D.C. Cir. 2004) (citing *Oglesby v. United States Dept. of the Army*, 920 F.d 57, 61-64, 65 n.9 (D.C. Cir. 1990)). Many courts have held that dismissal is appropriate under Fed. R. Civ. P. 12(b)(1) for failure to exhaust administrative remedies. *See*, *e.g.*, *McDonnell v. United States*, 4 F.3d 1227,

---

[2] The declaration contains two paragraphs that are numbered paragraph 6.

1240 n.9 (3d Cir. 1993); *Hymen v. MSPB*, 799 F.2d 1421, 1423 (9th Cir. 1986); *Scherer v. United States*, 241 F. Supp.2d 1270, 1277 (D.Kan. 2003); *Redding v. Christian*, 161 F. Supp.2d 671, 674 (W.D.N.C. 2001); *Thomas v. Office of the United States Attorney*, 171 F.R.D. 53, 55 (E.D.N.Y.1997). But even if this Court views exhaustion as "prudential" in nature, the principle of administrative exhaustion nevertheless justifies dismissal of this suit under Fed. R. Civ. P. 12(b)(6). *See, e.g., Hildalgo v. F.B.I.*, 344 F.3d 1256, 1258-59 (D.C. Cir. 2003); *Taylor v. Appleton*, 30 F.3d 1365, 1367 (11th Cir. 1994); *Scherer v. Balkema*, 840 F.2d 437, 443 (7th Cir. 1988).

## CONCLUSION

WHEREFORE, for the reasons set forth above, and any that may be presented in defendants' reply papers, this matter should be dismissed.

DATED: July 29, 2005.

        Respectfully submitted,

        WILLIAM J. LEONE
        Acting United States Attorney

        s/ Michael C. Johnson
        Michael C. Johnson
        Assistant United States Attorney
        1225 Seventeenth Street, Suite 700
        Denver, Colorado 80202
        Telephone: (303) 454-0134
        FAX: (303) 454-0408
        E-mail: michael.johnson2@usdoj.gov
        Counsel for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of July, 2005, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

I also hereby certify that on this 29th day of July, 2005, I placed the foregoing document in the U.S. Mail, postage paid, to the following non CM/ECF participants at the following addresses:

Zarissa Azriel Liriel Qz'Etax
#113868
Sterling Correctional Facility
P.O. Box 6000
Sterling, Colorado  80751

                                              s/ Michael C. Johnson
                                              Michael C. Johnson
                                              Attorney for Defendant
                                              United States Attorney's Office
                                              1225 Seventeenth Street, Suite 700
                                              Denver, Colorado  80202
                                              Telephone:  (303) 454-0134
                                              FAX: (303) 454-0408
                                              E-mail:  michael.johnson2@usdoj.gov