IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAZ, a/k/a S. L. Dorn,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS; and
JANE DOE, Freedom of Information Officer of the United States Department of State Office of Passports,

    Defendants.

_____

ORDER ON PENDING OBJECTIONS
_____

This matter comes before the Court on Plaintiff's Objection to the Magistrate Judge's Recommendation of July 25, 2005 (Dkt. # 28), which was timely filed by plaintiff on August 4, 2005, and Plaintiff's filings of August 17, 2005, titled "Objection to Minute Order filed on August 2d, 2005 and Motion to Compell Defendants to Produce Physical Copy of Motion to Dismiss (Dkt. # 31).

In his recommendation of July 25, 2005, the Magistrate Judge recommended denial of plaintiff's motion for a default judgment based on an asserted failure of defendants to file a responsive pleading, noting that he had previously entered a minute order on July 15, 2005, allowing defendants through July 29, 2005 to file a responsive pleading, and therefore the defendants were not in default.  Defendants filed a motion to dismiss on July 29, 2005.  That motion was referred to the Magistrate

Judge for recommendation.  By minute order entered on August 2, 2005, the Magistrate Judge directed plaintiff to file a response to that motion no later than August 29, 2005.

In her objection of August 4, 2005, plaintiff states that she never saw the minute order of July 15, 2005 allowing defendants until July 29, 2005 to file a responsive, pleading, and further states that as July 29, 2005 has passed, and she has not received a responsive pleading, default judgment is still in order.  Apparently, the motion to dismiss filed on July 29, 2005 had not yet reached plaintiff, perhaps because it was filed electronically with the Court but sent by regular mail to plaintiff according to the certificate of service.

In her filing of August 17, 2005, plaintiff asserts that she still had not received a copy of the motion to dismiss, suggesting that it had only been created in electronic form and she has no access to an internet connection by which to read the motion.  Plaintiff requests leave to file her response to the motion until 30 days after receiving a physical copy of the motion.

Plaintiff's objection filed August 4, 2005 (Dkt. 28) is OVERRULED.  Whether or not plaintiff saw the minute order, there is no question it was entered.  Defendants timely filed a responsive pleading on July 29, 2005.  There is no basis for the entry of a default judgment in this case.

Plaintiff's motions of August 17, 2005 are also DENIED.  Despite plaintiff's assertion that she had not received a copy of the defendants' motion to dismiss, the file reveals that on August 15, 2005, she filed a substantive response to the motion to dismiss in compliance with the scheduling order of the Magistrate Judge.  A brief review of that response indicates it is responsive to the arguments contained in the

defendants' motion to dismiss. Plaintiff apparently did have a copy of the motion to dismiss by August 15, 2005. Accordingly, there is no basis for plaintiff to receive an extension of time to file her response, as she has already done so, nor is there any need to order defendants to mail a further copy to plaintiff.

    Dated: August 19, 2005

                                      BY THE COURT:

                                      s/ Phillip S. Figa

                                      _____
                                      Phillip S. Figa
                                      United States District Judge