IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No.  05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX,

    Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS; and
JANE DOE, Freedom of Information Officer of the United States Department of
State Office of Passports,

    Defendants.

---

ORDER DIRECTING PLAINTIFF TO PAY
MONTHLY FILING FEE OR TO SHOW CAUSE

---

By order dated May 19, 2005, the Plaintiff was granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  Pursuant to § 1915(b)(2), Plaintiff is required to make "monthly payments of 20 percent of the preceding month's income credited to [her] account" until the filing fee is paid in full.  In the order granting Plaintiff leave to proceed *in forma pauperis* pursuant to § 1915, Plaintiff was instructed either to make the required monthly payments or to show cause each month why she has no assets and no means by which to make the monthly payment.  In order to show cause, Plaintiff was directed to file a current certified copy of her inmate trust fund account statement.  Plaintiff was warned that a failure to comply with the requirements of § 1915(b)(2) would result in the dismissal of this action.

Plaintiff has failed to make the required monthly payment for any month since the fling of this case or to show cause why she has no assets and no means by which to make the monthly payments.  Therefore, Plaintiff will be ordered either to make the required monthly payments or to show cause why she cannot make those payments.  Accordingly, it is

ORDERED that Plaintiff shall have to and including **September 9, 2005**, within which to pay the required monthly filing fee of 20 percent of each month's income credited to her account or to show cause why she cannot make the required monthly payments.  It is

FURTHER ORDERED that if Plaintiff fails to comply with this order, the complaint and the action will be dismissed without further notice.

Dated August 23, 2005.

                                      BY THE COURT:

                                      /s/ Boyd N. Boland
                                      United States Magistrate Judge