IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-00919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAX, a.k.a. S.L. DORN,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS, and
JANE DOE, Freedom of Information Officer, United States Department of State, Office of Passports,

Defendants.
_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

     This matter is before the Court on the **Defendants' Motion for Leave to File Reply in Support of Motion to Dismiss** (the "Motion"), filed on September 12, 2005.

     IT IS ORDERED that the Motion is GRANTED.

DATED: September 20, 2005.