IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-919-PSF-BNB

ZARISSA AZRIEL LIRIEL QZ'ETAZ, a/k/a S. L. Dorn,

     Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE;
UNITED STATES DEPARTMENT OF STATE, OFFICE OF PASSPORTS; and
JANE DOE, Freedom of Information Officer of the United States Department of
State Office of Passports,

     Defendants.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

---

     THIS MATTER comes before the Court on Plaintiff's Objection to the Magistrate

Judge's Recommendation of September 21, 2005 (Dkt. # 41), which was timely filed by

plaintiff on September 26, 2005.

     In his Recommendation of September 21, 2005, the Magistrate Judge

recommended dismissal of plaintiff's complaint for failing to show cause why she, an

inmate at the state prison in Sterling, Colorado, cannot make monthly payments

towards the filing fee in this *in forma pauperis* case.  The Recommendation indicated

that plaintiff had filed, on September 1, 2005, a response to the show cause order

issued by the Magistrate Judge in which plaintiff had stated that she was unable to

make the monthly payments due to a lack of funds in her prison account in excess of

the "ten dollar buffer" by the institution, but failed to provide the Court with a copy of the account statement as she had been ordered to do in the *In Forma Pauperis* Order entered on May 19, 2005.

With her Objection filed on September 26, 2005, plaintiff attached a copy of the account statement, satisfying the requirement of the May 19th Order.  Plaintiff also states in her Objection that "any sensible person can see that I can't pay this court squat." (Objection at 2).

However, after unleashing a vulgar diatribe against the Magistrate Judge, the plaintiff also states in her postscript that "Yes I DO have money.  I have 2 offshore accounts totaling well over a quarter of a million that youll [sic] never get your mits on!" (*Id.*)  Putting aside the indelicate and contemptuous language used by plaintiff, this Court takes plaintiff's assertions at face value.  If plaintiff has funds, and is contumaciously refusing to use them to pay the required fees, she has failed to show cause why this case should not be dismissed.

In addition, plaintiff states in her Objection that "I DO NOT care if this action is dismissed on grounds that you didn't get your money."  After hurling her insults and stating that she will refile the case if it is dismissed, plaintiff goads the Court by concluding "Go ahead and dismiss this case, so I can get a better draw of the wheel!" (*Id*).

Because plaintiff has failed to show sufficient cause why she is not paying the monthly filing fee, has asserted that she has ample funds to pay the costs of this suit,

2

and has invited the dismissal of her case, the Court finds that this case should be DISMISSED without prejudice.  The Clerk of the Court is directed to administratively close this case.

DATED: September 28, 2005

BY THE COURT:

s/ Phillip S. Figa
_____
Phillip S. Figa
United States District Judge